# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS CARLTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 06-0153-WS-B |
| **MOBILE COUNTY COMMISSION,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 22nd day of March, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com