IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS CARLTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 06-0153-WS-B |
| | ) |
| MOBILE COUNTY COMMISSION, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 22nd day of March, 2006.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE